No. 456. CONSOLIDATED COAL COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. January 15, 1926. Dismissed, on motion of appellant; and mandate

OCTOBER TERM, 1925.        665

270 U. S.   Cases Disposed of Without Consideration by the Court.

granted.  *Messrs. J. Harry Covington, Ralph Crews,* and *Spencer Gordon* for appellant.  *The Attorney General* for the United States.